



James Kim
T: +1 212 479 6256
jameskim@cooley.com

Via ECF

*OK*

*Conference adjourned.*

*Colleen McMahon*
*9/4/2025*

September 2, 2025

Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *People of the State of New York, by Letitia James v. MoneyLion Inc. et al.*, Case No. 1:25-cv-04093-CM

Dear Judge McMahon:

Our firm represents the Defendants in the above-referenced matter. Pursuant to Section I.D. of the Court's Individual Practices and Procedures, we write jointly with Plaintiff to request an adjournment of the Initial Pretrial Conference currently scheduled for September 11, 2025, at 10:00 a.m., pending resolution of Plaintiff's Motion to Remand to State Court. Neither party has previously requested an extension or adjournment of this conference.

On June 5, 2025, the Court entered an order directing the parties to appear for the Initial Pretrial Conference. (ECF No. 10.) Thereafter, on June 16, 2025, Plaintiff filed its Motion to Remand to State Court. (ECF No. 13.) That motion is fully briefed and remains pending before the Court.

The parties have conferred and respectfully submit that it would serve the interests of judicial efficiency and save time and resources to adjourn the Initial Pretrial Conference, and related deadlines, until a date following this Court's decision on Plaintiff's Motion to Remand, because the resolution of this motion may render the conference moot or otherwise impact the deadlines within the Civil Case Management Plan, to be submitted by the parties before the conference. Accordingly, good cause exists to adjourn the Initial Pretrial Conference and related deadlines, pending resolution of Plaintiff's Motion to Remand.

We thank the Court for its consideration of this request.

Respectfully,

COOLEY LLP

/s/ James Kim

James Kim